| | |
|---|---|
| **PERKINS COIE LLP** | **WILSON SONSINI GOODRICH & ROSATI** |
| Eric J. Weiss, *pro hac vice* | Victor Jih, Bar No. 186515 |
| EWeiss@perkinscoie.com | vjih@wsgr.com |
| Mallory A. Gitt, *pro hac vice* | Kelly H. Yin, Bar No. 328380 |
| MGitt@perkinscoie.com | kyin@wsgr.com |
| 1301 Second Avenue, Suite 4200 | 1900 Avenue of The Stars, 28th Floor |
| Seattle, Washington 98101-3804 | Los Angeles, CA 90067 |
| Telephone: 206.359.8000 | Telephone: 424.446.6900 |
| Facsimile: 206.359.9000 | Facsimile: 866.974.7329 |
| | |
| Lauren Trambley, Bar No. 340634 | Dylan G. Savage, Bar No. 310452 |
| LTrambley@perkinscoie.com | dsavage@wsgr.com |
| 505 Howard Street, Suite 1000 | 1301 Avenue of the Americas, 40th Floor |
| San Francisco, California 94105-3204 | New York, NY 10019-6022 |
| Telephone: 415.344.7000 | Telephone: 212.999.5800 |
| Facsimile: 415.344.7050 | Facsimile: 866.974.7329 |

Attorneys for Defendant Roku, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.A., a minor, by and through their guardian ad Litem DEIDRE BOLIN; A.B., a minor, by and through their guardian ad Litem CARESS JOHNSON; A.C., a minor, by and through their guardian ad Litem GREGARY JOHNSON; A.D., a minor, by and through their guardian ad Litem TYLER LANGSOM; A.E., a minor, by and through their guardian ad Litem KEITH STRATTON; A.F., a minor by and through their guardian ad Litem JACOB VANDERSMITTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROKU, INC.,<br><br>Defendant. | Case No. 5:25-cv-06284<br><br>[~~PROPOSED~~] **ORDER GRANTING ROKU, INC.'S ADMINISTRATIVE MOTION TO SEQUENCE BRIEFING** |

1  Having considered Defendant Roku Inc.'s ("Roku") Administrative Motion to Sequence
2  Briefing (the "Motion") pursuant to Civil Local Rule 7-11, the Declaration of Eric J. Weiss and
3  exhibits attached in support thereof, and the papers and pleadings on file, and good cause
4  appear-ing, the Court hereby **GRANTS** the Motion.  Defendants shall file their forthcoming
5  motion to compel arbitration by December 2, 2025.
6  It is hereby **ORDERED** that Roku's deadline to file a motion to dismiss or other respon-
7  sive pleading to the Complaint shall be thirty (30) days after a final resolution of the arbitration
8  issue, including any interlocutory appeal.

DATED:  November 13, 2025

Noël Wise
United States District Judge