| | |
|---|---|
| **PERKINS COIE LLP**<br>Eric J. Weiss, *pro hac vice*<br>Mallory A. Gitt, *pro hac vice*<br>EWeiss@perkinscoie.com<br>MGitt@perkinscoie.com<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101-3804<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Lauren Trambley, Bar No. 340634<br>LTrambley@perkinscoie.com<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105-3204<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br><br>**WILSON SONSINI GOODRICH & ROSATI, P.C.**<br>Victor Jih, Bar No. 186515<br>Kelly H. Yin, Bar No. 328380<br>vjih@wsgr.com<br>kyin@wsgr.com<br>1900 Avenue of The Stars, 28th Floor<br>Los Angeles, CA 90067<br>Telephone: 424.446.6900<br>Facsimile: 866.974.7329<br><br>Dylan G. Savage, Bar No. 310452<br>dsavage@wsgr.com<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: 212.999.5800<br>Facsimile: 866.974.7329<br><br>*Attorneys for Defendant Roku, Inc.* | **LEXINGTON LAW GROUP, LLP**<br>Mark Todzo, Bar No. 168389<br>Patrick Carey, Bar No. 308623<br>503 Divisadero Street<br>San Francisco, CA 94117<br>Telephone: 415.913.7800<br>pcarey@lexlawgroup.com<br>mtodzo@lexlawgroup.com<br><br>**SILVER GOLUB & TEITELL LLP**<br>David S. Golub, *pro hac vice*<br>Ian W. Sloss, *pro hac vice*<br>Steven Bloch, *pro hac vice*<br>Johnathan Seredynski, *pro hac vice*<br>Jennifer Sclar, *pro hac vice forthcoming*<br>One Landmark Square, 15th Floor<br>Stamford, CT 06901<br>Telephone: 203.325.4491<br>Facsimile: 203.325.3769<br>dgolub@sgtlaw.com<br>isloss@sgtlaw.com<br>sbloch@sgtlaw.com<br>jseredynski@sgtlaw.com<br>jsclar@sgtlaw.com<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.A., et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROKU, INC.,<br><br>   Defendant. | Case No. 5:25-cv-06284-NW<br><br>**JOINT STIPULATION TO EXTEND BRIEFING DEADLINES FOR MOTION TO COMPEL ARBITRATION AND [PROPOSED] ORDER** |

Pursuant to Local Civil Rule 6-1(a), Plaintiffs and Defendant Roku, Inc. ("Roku") stipulate as follows:

1. On September 30, 2025, the Court granted the parties joint stipulation setting Roku's deadline to respond to the Complaint to December 2, 2025, Plaintiffs' deadline to oppose any filed motion 60 days thereafter, and Roku's reply 30 days after Plaintiffs' opposition. ECF No. 21–22.

2. On November 13, 2025, the Court granted Roku's administrative motion to sequence the briefing, which Plaintiffs did not oppose. The Court ordered that Roku file its forthcoming motion to compel arbitration by December 2, 2025, and that Roku's deadline to file a motion to dismiss or other responsive pleading to the Complaint be thirty (30) days after a final resolution of the arbitration issue, including any interlocutory appeal. *See* ECF No. 35–39.

3. To accommodate the Thanksgiving holiday schedule and unavailability of counsel and Parties, the Parties have stipulated to extend Roku's deadline to file the motion to compel arbitration by one week to December 9, 2025. Consistent with the prior stipulated intervals, the Parties have also stipulated that Plaintiffs' deadline to oppose Roku's motion will be 60 days after Roku moves, and Roku will have 30 days to reply.

4. Good cause exists to extend the deadline because a hearing date has not yet been set for the motion to compel arbitration and the revised briefing schedule will not affect any other case deadlines or prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Roku's deadline to file its forthcoming motion to compel arbitration will be on or before December 9, 2025. Plaintiffs' deadline to oppose Roku's motion will be 60 days after Roku moves, and Roku will have 30 days to reply.

**IT IS SO STIPULATED AND AGREED.**

Dated: November 26, 2025

By: *s/ Eric J. Weiss*
**PERKINS COIE LLP**
Eric J. Weiss, *pro hac vice forthcoming*
Mallory A. Gitt, *pro hac vice forthcoming*
Lauren Trambley, Bar No. 340634

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Victor Jih, Bar No. 186515
Kelly H. Yin, Bar No. 328380
Dylan G. Savage, Bar No. 310452

Attorneys for Defendant Roku, Inc.

Dated: November 26, 2025

By: *s/ Johnathan Seredynski*
**LEXINGTON LAW GROUP, LLP**
Mark Todzo, Bar No. 168389
Patrick Carey, Bar No. 308623

**SILVER GOLUB & TEITELL LLP**
David S. Golub, *pro hac vice*
Ian W. Sloss, *pro hac vice*
Steven Bloch, *pro hac vice*
Johnathan Seredynski, *pro hac vice*

Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*s/ Eric J. Weiss*
Eric J. Weiss

-4-

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, IT IS SO ORDERED. Roku's deadline to file a motion to compel arbitration to Plaintiffs' Complaint is December 9, 2025. Plaintiffs' deadline to oppose Roku's motion to compel arbitration will be 60 days after Roku moves, and Roku will have 30 days to reply.

DATED:_____     _____

Noël Wise
United States District Judge